

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Towania L. Spencer )
                             )
_____ )
                             )

Plaintiff(s), )   Case Number: _____
                             )

v.
Old World Industries )
                             )
_____ )
                             )

Defendant(s). )

RECEIVED

AUG 08 2025 JXm

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:25-cv-09437
Judge Jeremy C. Daniel
Magistrate Jeannice W. Appenteng
RANDOM/CAT. 1

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Towania L. Spencer of the county of Du Page in the state of Illinois.

3. The defendant is Old World Industries, whose street address is 3100 Sanders Rd Suite 400, (city) Northbrook (county) Cook (state) Illinois (ZIP) 60062 (Defendant's telephone number) (847) - 559-2000

4. The plaintiff sought employment or was employed by the defendant at (street address) 3100 Sanders Rd Suite 400 (city) Northbrook (county) Cook (state) Illinois (ZIP code) 60062

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐   was denied employment by the defendant.

    (b) ☐   was hired and is still employed by the defendant.

    (c) ☒   was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _Sept_ , (day) _26_ , (year) _2023_ .

7.1   (*Choose paragraph 7.1 or 7.2, do not complete both.*)

    (a)   The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒ *has* ☐ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☐ the United States Equal Employment Opportunity Commission, on or about (month) _April_ (day) _____ (year) _2024_ .

        (ii) ☐ the Illinois Department of Human Rights, on or about (month) _____ (day) _____ (year) _____ .

    (b)   If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and

    (a)   the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____ (day)_____ (year) _____

    ☒ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

    (day) _____ (year) _____.

(c)    Attached is a copy of the

    (i) Complaint of Employment Discrimination,

        ☒ Yes    ☐ No, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

        ☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐    the United States Equal Employment Opportunity Commission has not

        issued a *Notice of Right to Sue*.

    (b) ☒    the United States Equal Employment Opportunity Commission has issued

        a *Notice of Right to Sue*, which was received by the plaintiff on

        (month) May (day) 13 (year) 2025 a copy of which

        *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

    (a) ☐    Age (Age Discrimination Employment Act).

    (b) ☐    Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

N/A

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I was scrutinized while trying to work a reduced schedule due to disability. My medical provider removed me from work. Old World Industries made it difficult to collect Long Term Disability. They also attempted to block me from Open enrollment for medical benefits. A month later (Dec 2023) I was terminated via email.

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☐ Direct the defendant to re-employ the plaintiff.

   (c) ☐ Direct the defendant to promote the plaintiff.

   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☒ Direct the defendant to (specify): Compensate Financially for loss of employment and reimburse for 18months Cobra Benefits

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1yr Salary    $66,007.50
Cobra Payments    $19,638.—
$85,645.50

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)  ❌ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)  ❌ Grant such other relief as the Court may find appropriate.

_Towana L. Spencer_
(Plaintiff's signature)

Towana L. Spencer
(Plaintiff's name)

1783 Whirlaway CT
(Plaintiff's street address)

(City) Glendale Heights (State) Illinois (ZIP) 60139

(Plaintiff's telephone number) (708) - 268 - 9100

Date: Aug 8, 2025

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

court

August 8, 2025

Spencer vs. Old World Industries

In July 2023, I was placed on an expected medical leave, during which I maintained consistent communication with the HR team at Old World Industries (OWI) and Guardian, the third-party short-term disability provider.

In September 2023, my doctor cleared me to return to work with limitations due to ongoing mental and physical conditions. My doctor also informed OWI that I would need a reduced work schedule through November 2023 to accommodate necessary appointments. All relevant information was shared with the OWI team on September 22, 2023. (prior to me returning to the office) However, upon my return, I endured constant pressure regarding my scheduling flexibility.

Between September 26, 2023, and October 6, 2023, I was subjected to instant messages, private calls, and Teams meetings where my inability to work 37.5 hours was repeatedly scrutinized. At one point I was informed if I failed to work 37.5 hours, I would lose health insurance.

On October 6, my medical provider decided to reinstate my leave of absence (LOA). I promptly informed my managers, Human Resources, and Guardian, my long-term disability (LTD) provider. Between October and December 2023, OWI frequently provided Guardian with inaccurate information that appeared aimed at preventing or delaying LTD payments.

In November 2023, OWI blocked me from participating in open enrollment for benefits for the 2024 calendar year. After questioning this action, I was eventually allowed to enroll.

On December 20, 2023, I received a termination letter via email indicating that all benefits would cease January 2024, and my HSA/FSA cards had been suspended. The letter also instructed me to return all company equipment which I complied.

M **Gmail**    | Towania L Spencer <tspencer716@gmail.com>

## Towania L. Spencer has shared a file with you
11 messages

---

**Towania L. Spencer** <tspencer716@gmail.com>                     Mon, Sep 18, 2023 at 7:23 AM
To: Towania L Spencer <Tspencer716@gmail.com>

   https://acrobat.adobe.com/id/urn:aaid:sc:VA6C2:b04f9c17-594d-40cd-87e3-b53443cfd576

---

**Towania L. Spencer** <tspencer716@gmail.com>                     Mon, Sep 18, 2023 at 7:42 AM
To: jhigham@owi.com

   Good Morning Jeanette,

   As discussed, I am attaching detailed documents from my PCP as well as the APN / Psychiatry.
   https://acrobat.adobe.com/id/urn:aaid:sc:VA6C2:b04f9c17-594d-40cd-87e3-b53443cfd576

   There are restrictions and or accomindations listed.
   I am currently seeing a Physical Therapist and a Behavioral Counseling twice a week.

   The revised return date is September 25th. This decision was made by my PCP for the reasonsing cited below.
   **Hip OA**
   **Lumbar OA**
   **Chronic bilateral low back pain without sciatica**
   **History of hypoglycemia**
   **Chronic pain disorder**-seen by rheumatology Dr. Malkani
   Ortho elmhurst referring to pain clinic doctor for injection for neck 1st, then back
   **generalized body aches** evaluated 1/2023-in bilateral shoulders, thighs, calves
   Had seen dr malkani rheum in past –
   **Numbness tingling 1-2x in past 6 months - from right shoulder to elbow**
   3/2023 EMG done (ordered by rheumatology):
   <u>IMPRESSION: This is an abnormal study. There is electrodiagnostic evidence of partial denervation in the
   left lower extremity, consistent with a chronic L5 motor radiculopathy, without acute or ongoing denervation</u>


   Thank you!
   Kind Regards,

   Towania L. Spencer
   Tspencer716@gmail.com
   Phone: 708-268-9100

---

**Towania L Spencer** <tspencer716@gmail.com>                     Mon, Sep 18, 2023 at 7:43 AM
To: Towania L Spencer <Tspencer716@gmail.com>

   Kind Regards,

   Towania L. Spencer
   Tspencer716@gmail.com
   Phone: 708-268-9100


   [Quoted text hidden]

**Towania L Spencer** <tspencer716@gmail.com>
To: April Azizian <aazizian@owi.com>

Mon, Sep 18, 2023 at 9:22 AM

Hi April, Attached is what I shared with Jeanette. Please let me know if you have any questions or concerns. Thank you for your understanding.
[Quoted text hidden]

---

**April Azizian** <aazizian@owi.com>
To: Towania L Spencer <tspencer716@gmail.com>

Mon, Sep 18, 2023 at 12:02 PM

Thank you for sending!

April Azizian
*Associate HR Manager*
**Old World Industries**
3100 Sanders Rd, Suite 400
Northbrook, IL 60062. USA
Email: *aazizian@owi.com*
Office: 847-559-2203

   

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager

**From:** Towania L Spencer <tspencer716@gmail.com>
**Sent:** Monday, September 18, 2023 9:23 AM
**To:** April Azizian <aazizian@owi.com>
**Subject:** Fwd: Towania L Spencer has shared a file with you

**EXTERNAL EMAIL:** Use caution with links and attachments

[Quoted text hidden]

---

**Towania L Spencer** <tspencer716@gmail.com>
To: April Azizian <aazizian@owi.com>

Mon, Sep 18, 2023 at 1:39 PM

April,

I am also attaching my schedule for the Physical Therapist and the Chiropraticer. I usually see the Counselor on Tuesday and Thursday and sometimes on Friday. Every three - four weeks, I see the Psychiatrist.

Can you please review and advise how many hours I can work if possible?

Kind Regards,

Towania L. Spencer
Tspencer716@gmail.com
Phone: 708-268-9100

[Quoted text hidden]

11/24/24, 4:42 PM                                                   Gmail - Spreadsheet we spoke about today

 Gmail                                                Towania L Spencer <tspencer716@gmail.com>

---

## Spreadsheet we spoke about today
3 messages

---

**Jeanette Higham** <jhigham@owi.com>                                   Tue, Sep 26, 2023 at 2:21 PM
To: Towania L Spencer <tspencer716@gmail.com>
Cc: April Azizian <aazizian@owi.com>

Hi Towania. Here is the spreadsheet we spoke about today. Please fill in the other virtual appointments and make changes to the other times on the 4th of October.

Again, please fill in the hours you believe **you can work** on a daily basis to help Jennifer and Donna plan. And we need to get a doctor's note from one of the doctors indicating that you are not able to work a full 37.5 hours for the next few weeks so that we can accommodate your request. During your appointments tomorrow, please ask the doctors to provide us this information.

Again, we will do our best to work with you on your schedule, but we also need to make sure we have our proper documentation to approve it. Cannot do that without the medical information.

Thank you.

Jeanette Higham
*Chief People Officer*
**Old World Industries**
3100 Sanders Rd, Suite 400
Northbrook, IL 60062, USA
Email: *jhigham@owi.com*
Office: 847-559-2195
Cell:   (847) 322-6730

   

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager

---

 **Towania Spencer Dates-times v2.xlsx**
10K

---

**Towania L Spencer** <tspencer716@gmail.com>                           Thu, Sep 28, 2023 at 6:47 AM
To: Jeanette Higham <jhigham@owi.com>
Cc: April Azizian <aazizian@owi.com>, Towania L Spencer <Tspencer716@gmail.com>

Good Morning Jeanette,

As mentioned on Tuesday, it is my intention to take a late lunch (1:45-2:45) on friday in efforts to attend my other appointment which is scheduled for this Friday, September 29th.

*Exh:1*

**From:** Towania L Spencer <tspencer716@gmail.com>
**Sent:** Friday, September 22, 2023 1:39:10 PM
**To:** April Azizian <aazizian@owi.com>; Jeanette Higham <jhigham@owi.com>
**Cc:** Towania L Spencer <Tspencer716@gmail.com>
**Subject:** Fwd: Your ScanEZ Email!

**EXTERNAL EMAIL:** Use caution with links and attachments

Good Afternoon,

Per your request, I have completed the Accommodations form along with Doctors notes, Medications and upcoming Appointments.

As mentioned, I have doctors appointments scheduled on Monday, September 25th. Please review and advise how I should proceed with logging in on Monday, my start time is 7:30 and my 1st appointment with Linden Oaks is 8am.

Appointments Monday, September 25th.

8am - Linden Oaks Medical Group (Mental Health) 1 hr

9:30 - Rush Physical Therapy 1..5 hour

2pm - Optimal Balance Chiropractic


Kind Regards,

Towania L. Spencer

Tspencer716@gmail.com

Phone: 708-268-9100

*Exh: 2*

**From:** Jeanette Higham <jhigham@owi.com>
**Sent:** Friday, September 22, 2023 2:10 PM
**To:** Towania L Spencer <tspencer716@gmail.com>; April Azizian <aazizian@owi.com>
**Cc:** Towania L Spencer <tspencer716@gmail.com>
**Subject:** Re: Your ScanEZ Email!

Thank you, Towania. I am very familiar with Linden Oaks due to my mother-in-law. I have let Donna know you will need some flexibility with your schedule until Mid-November.

If you start to get overwhelmed at work, please talk to April or I.

Jeanette Higham
*Chief People Officer*
**Old World Industries**
3100 Sanders Rd, Suite 400
Northbrook, IL 60062, USA
Email: *jhigham@owi.com*
Office: 847-559-2195
Cell:   (847) 322-6730


**From:** April Azizian
**Sent:** Friday, September 22, 2023 5:07 PM
**To:** Jeanette Higham <jhigham@owi.com>; Towania L Spencer <tspencer716@gmail.com>
**Cc:** Towania L Spencer <tspencer716@gmail.com>
**Subject:** RE: Your ScanEZ Email!


Hi Towania,

Thank you for sending the form. When you log in on Monday after your appointment or before whatever you decide, you'll most likely need to submit an IT help desk ticket to reset your password outlook password. If you need additional assistance logging in to your computer, please reach out to Lee or Jennifer as I'm not sure what my availability will be. Otherwise, if you need anything else please let us know.

Thank you,

On Mon, Sep 25, 2023, 11:25 AM April Azizian
<aazizian@owi.com> wrote:



Hi Towania,

Jennifer Murray reached out to me this morning letting me know
you did not log in before your appointments so when you do log
in today, please make sure you reach out to Jennifer and Lee so
they can understand your appointment schedule through mid –
November for your accommodation.

Also, as a reminder, we work Mondays and Fridays at home and
Tuesday – Thursday in office.

Thank you,


April Azizian
*Associate HR Manager*
**Old World Industries**
3100 Sanders Rd. Suite 400
Northbrook, IL 60062. USA
Email: *aazizian@owi.com*
Office: 847-559-2203



**From:** Towania L Spencer <tspencer716@gmail.com>
**Sent:** Monday, September 25, 2023 12:31 PM
**To:** April Azizian <aazizian@owi.com>
**Cc:** Jeanette Higham <jhigham@owi.com>
**Subject:** Re: Your ScanEZ Email!

**EXTERNAL EMAIL:** Use caution with links and attachments

Hi April, I was under the impression that I could log in after my three appointment(s).

Appointments Monday, September 25th.

8am - Linden Oaks Medical Group (Mental Health) 1 hr

9:30 - Rush Physical Therapy 1..5 hour

2pm - Optimal Balance Chiropractic

Thank you!

**From:** April Azizian <aazizian@owi.com>
**Sent:** Monday, September 25, 2023 1:00 PM
**To:** Towania L Spencer <tspencer716@gmail.com>
**Cc:** Jeanette Higham <jhigham@owi.com>
**Subject:** RE: Your ScanEZ Email!

*Exh: 4*

You are all good. Just wasn't sure and wanted to make sure you check in with the team when you do.

April Azizian
*Associate HR Manager*
Email: *aazizian@owi.com*
Office: 847-559-2203

On Mon, Sep 25, 2023, 2:14 PM Jeanette Higham <jhigham@owi.com> wrote:

Hi Towania.  Please work directly with your managers regarding your schedule so that there isn't any confusion.  They are aware that you will be attending some appointments, but other than that, they know you don't have any restrictions.

Thank you.

8/8/25, 10:10 AM
Gmail - Spreadsheet we spoke about today
Case: 1:25-cv-09437 Document #: 1 Filed: 08/08/25 Page 15 of 60 PageID #:15

 **Gmail**

Towania L Spencer <tspencer716@gmail.com>

## Spreadsheet we spoke about today
3 messages

*Exhi.5*

---

**Jeanette Higham** <jhigham@owi.com>
To: Towania L Spencer <tspencer716@gmail.com>
Cc: April Azizian <aazizian@owi.com>

Tue, Sep 26, 2023 at 2:21 PM

Hi Towania. Here is the spreadsheet we spoke about today. Please fill in the other virtual appointments and make changes to the other times on the 4th of October.

Again, please fill in the hours you believe **you can work** on a daily basis to help Jennifer and Donna plan. And we need to get a doctor's note from one of the doctors indicating that you are not able to work a full 37.5 hours for the next few weeks so that we can accommodate your request. During your appointments tomorrow, please ask the doctors to provide us this information.

Again, we will do our best to work with you on your schedule, but we also need to make sure we have our proper documentation to approve it. Cannot do that without the medical information.

Thank you.

Jeanette Higham
*Chief People Officer*
## Old World Industries
3100 Sanders Rd, Suite 400
Northbrook, IL 60062. USA
Email: *jhigham@owi.com*
Office: 847-559-2195
Cell:   (847) 322-6730

   

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager

📄 **Towania Spencer Dates-times v2.xlsx**
10K

---

**Towania L Spencer** <tspencer716@gmail.com>
To: Jeanette Higham <jhigham@owi.com>
Cc: April Azizian <aazizian@owi.com>, Towania L Spencer <Tspencer716@gmail.com>

Thu, Sep 28, 2023 at 6:47 AM

Good Morning Jeanette,

As mentioned on Tuesday, it is my intention to take a late lunch (1:45-2:45) on friday in efforts to attend my other appointment which is scheduled for this Friday, September 29th.

Gmail - Spreadsheet we spoke about today

Prior to me returning to the office, I was instructed to complete your "Reasonable Accommodations" sheet, in which I did. I included detailed diagnosis and medications (reports / notes) from the Behavioral Health Team and my Primary Care Physician. These documents included a list of upcoming appointments for LOMG, Physical Therapy, Chiropractor as well as my Endocrinologist.

**September 23rs @ 2:10 PM I received your acknowledgement for my need for a flexible schedule through Mid - November. Has something changed since last week's acknowledgement of my Medical appointments?** Due to my Anxiety and appointments, at this time, I do not feel comfortable stating an exact amount of hours that I can work. I do expect my appointments to reduce week over week which will allow my ability to increase my time in the office and I expect to perform to the best of my ability. Again, I am currently working through Mental and Chronic Physical conditions.

While meeting with Jen & Lee, I noticed two appointments (Linden Oaks) overlapped with other appointments. I immediately contacted LOMG and revised appointments to reflect:

Sept 27th
LOMG Oaks 2 PM revised from 8am due to overlapping with PT.
Oct 4th *** LOMG Oaks 8am revised from 11 AM due to overlapping with PT which is scheduled from 10:00 - 11:30

Regarding your request of my Healthcare providers stating I cannot not work a full 37.5 hours: Neither could determine how many hours could work due to various facts such as I am seeking Doctors and or Therapist 3 times per week at 1 to 1.5 hours each, there is a need to commute travel time between appointments.

LOMG - On-going
Physical Therapy - Ending in 2 weeks
Chiropractic - Ending next week

Hopefully this email answers all questions and concerns. I now feel embarrassed and guilty for seeking much needed medical care.


Kind Regards,

Towania L. Spencer
Tspencer716@gmail.com
Phone: 708-268-9100


On Tue, Sep 26, 2023 at 2:21 PM Jeanette Higham <jhigham@owi.com> wrote:

Hi Towania. Here is the spreadsheet we spoke about today. Please fill in the other virtual appointments and make changes to the other times on the 4th of October.

Again, please fill in the hours you believe **you can work** on a daily basis to help Jennifer and Donna plan. And we need to get a doctor's note from one of the doctors indicating that you are not able to work a full 37.5 hours for the next few weeks so that we can accommodate your request. During your appointments tomorrow, please ask the doctors to provide us this information.

Again, we will do our best to work with you on your schedule, but we also need to make sure we have our proper documentation to approve it. Cannot do that without the medical information.

Thank you.

Jeanette Higham
*Chief People Officer*
**Old World Industries**
3100 Sanders Rd, Suite 400
Northbrook, IL 60062. USA
Email: *jhigham@owi.com*

Office: 847-559-2195
Cell:  (847) 322-6730

OWI-3brands-lockup2022.png

This email and any files transmitted with it are confidential and intended solely for the
use of the individual or entity to whom they are addressed. If you have received this
email in error, please notify the system manager

*Exhis 5*

**2 attachments**

     owi-3brands-lockup2022_b0ad8129-9e02-447c-bbee-52acc1afd9fc.png
                                                                 41K

2 Revised Behav Hlth Appmnts.pdf
803K

---

Jeanette Higham <jhigham@owi.com>                                  Thu, Sep 28, 2023 at 5:56 PM
To: Towania L Spencer <tspencer716@gmail.com>
Cc: April Azizian <aazizian@owi.com>

Good evening, Towania.  Attached is your Reasonable Accommodation Approval/Denial paperwork.

Thank you.

---

**From:** Towania L Spencer <tspencer716@gmail.com>
**Sent:** Thursday, September 28, 2023 6:47 AM
**To:** Jeanette Higham <jhigham@owi.com>
**Cc:** April Azizian <aazizian@owi.com>; Towania L Spencer <Tspencer716@gmail.com>
**Subject:** Re: Spreadsheet we spoke about today

**EXTERNAL EMAIL:** Use caution with links and attachments

Good Morning Jeanette,

As mentioned on Tuesday, it is my intention to take a late lunch (1:45-2:45) on friday in efforts to attend my other
appointment which is scheduled for this Friday, September 29th.

Prior to me returning to the office, I was instructed to complete your "Reasonable Accommodations" sheet, in which I did. I
included detailed diagnosis and medications (reports / notes) from the Behavioral Health Team and my Primary Care
Physician. These documents included a list of upcoming appointments for LOMG, Physical Therapy, Chiropractor as well
as my Endocrinologist.

**September 23rs @ 2:10 PM I received your acknowledgement for my need for a flexible schedule through Mid -
November. Has something changed since last week's acknowledgement of my Medical appointments?** Due to my
Anxiety and appointments, at this time, I do not feel comfortable stating an exact amount of hours that I can work. I do
expect my appointments to reduce week over week which will allow my ability to increase my time in the office and I
expect to perform to the best of my ability. Again, I am currently working through Mental and Chronic Physical conditions.

While meeting with Jen & Lee, I noticed two appointments (Linden Oaks) overlapped with other appointments. I immediately contacted LOMG and revised appointments to reflect:

Sept 27th                                                          *Exh: 5*

LOMG Oaks 2 PM revised from 8am due to overlapping with PT.

Oct 4th *** LOMG Oaks 8am revised from 11 AM due to overlapping with PT which is scheduled from 10:00 – 11:30

Regarding your request of my Healthcare providers stating I cannot not work a full 37.5 hours: Neither could determine how many hours could work due to various facts such as I am seeking Doctors and or Therapist 3 times per week at 1 to 1.5 hours each, there is a need to commute travel time between appointments.

LOMG - On-going

Physical Therapy - Ending in 2 weeks

Chiropractic - Ending next week

Hopefully this email answers all questions and concerns. I now feel embarrassed and guilty for seeking much needed medical care.

Kind Regards,

Towania L. Spencer

Tspencer716@gmail.com

Phone: 708-268-9100

On Tue, Sep 26, 2023 at 2:21 PM Jeanette Higham <jhigham@owi.com> wrote:

Hi Towania. Here is the spreadsheet we spoke about today. Please fill in the other virtual appointments and make changes to the other times on the 4th of October.

Again, please fill in the hours you believe **you can work** on a daily basis to help Jennifer and Donna plan. And we need to get a doctor's note from one of the doctors indicating that you are not able to work a full 37.5 hours for the next few weeks so that we can accommodate your request. During your appointments tomorrow, please ask the doctors to provide us this information.

Again, we will do our best to work with you on your schedule, but we also need to make sure we have our proper documentation to approve it. Cannot do that without the medical information.

Thank you.

Jeanette Higham
*Chief People Officer*
**Old World Industries**
3100 Sanders Rd, Suite 400
Northbrook, IL 60062. USA
Email: *jhigham@owi.com*
Office: 847-559-2195
Cell:  (847) 322-6730

  

This email and any files transmitted with it are confidential and intended solely for the use of the individual or
entity to whom they are addressed. If you have received this email in error, please notify the system manager

---

**2 attachments**

   **owi-3brands-lockup2022_b0ad8129-9e02-447c-bbee-52acc1afd9fc.png**
41K

 **Reasonable Accommodation Approval or Denial.pdf**
122K

Jeanette Higham
847-559-2195 Cell

Tuesday Sept 26, 23

Exh:5



**Jeanette Higham  Tuesday 12:46 PM**

Hi Towania. Can you try and call me when you have a moment?  Probably in private.

Tuesday 1:34 PM

Yes. Can I call you now?



**Jeanette Higham  Tuesday 1:34 PM**

Hi. Yes.

Tuesday 1:35 PM

Okay I will call you from my cell phone

Today

8:02 AM

Good Morning, Jeanette. Earlier today, I replied to your request and I am currently working on the revised spreadsheet. So far there's only one entry needed. Please let me know if there is anything else needed from me. Thank you.

——————————————— Last read ———————————————

Wed Sept 27, 23



**Jeanette Higham  8:05 AM**

Hi Towania.  I just read it.  I am so sorry you feel embarrassed.  Please do not feel that way.  Your managers are just trying to gauge your work schedule so that they can move your work around.  I appreciate you following up with me and providing all the documentation.

Jeanette wanted confidential call to discuss
me working full time schedule otherwise I could
loose medical benefits.
Prior to me returning to work Jeanette and team
obtained complete list of restrictions and
the need for a reduced schedule.

**From:** Towania Spencer <tspencer@owi.com>
**Sent:** Thursday, September 28, 2023 9:26 AM
**To:** Jeanette Higham <jhigham@owi.com>
**Cc:** Lee Geller <lgeller@owi.com>; tspencer716@gmail.com
**Subject:** Towania Spencer Dates & Time

*Exh: 6*

Hi Jeanette,

As requested, I have updated the spreadsheet to reflect all upcoming appointments and hours that I intend to work for the upcoming weeks (through Mid November). Again, as my health improve and my appointments decrease, I expect my hours to increase. It is difficult surviving with Unpaid Time Off.

Again, Thank You for your understanding and patience during this time.

Towania Spencer
*Credit Analyst*

## Old World Industries

3100 Sanders Rd. Suite 400
Northbrook, IL 60062. USA

Email: *tspencer@owi.com*
Office: 847-55-92076

Spencer Appt. Vs. Sept - Nov 2023

Exh. 6

| Date | Appt. | Duration | Appt. | Duration | Appt. | Duration | Appt. | Duration | Potential Work hours |
|------|-------|----------|-------|----------|-------|----------|-------|----------|----------------------|
| 9/25/2023 | 8:00 a.m. | 1 hour | 9:30 a.m. | 1 hour | 2:00 p.m. | 1 hour | | | 30 mins |
| 9/27/2023 | 9:30 a.m. | 1 hour | 12:00 p.m. | 1 hour | 2:00 p.m. | 1 hour | 3:00 Virtual | 15 mins | |
| 9/29/2023 | 2:00 p.m. | | | | | | | | |
| 10/2/2023 | 8:00 a.m. | 1 hour | | | | | | | |
| 10/3/2023 | 2:00 p.m. | 1 hour | | | | | | | |
| 10/4/2023 | 10:00 a.m. | 1 hour | 11:00 a.m. | 1 hour | 12:00 p.m. | 1 hour | | | |
| 10/5/2023 | 3:40 p.m. | 1 hour 20 mins | | | | | | | |
| 10/6/2023 | 12:00 p.m. | 1 hour | | | | | | | |
| 10/9/2023 | 8:00 a.m. | 1 hour | 9:30 a.m. | 1 hour | | | | | |
| 10/11/2023 | 9:30 a.m. | 1 hour | 11:00 a.m. | 1 hour | | | | | |
| 10/16/2023 | 8:00 a.m. | 1 hour | | | | | | | |
| 10/18/2023 | 11:00 a.m. | 1 hour | | | | | | | |
| 10/23/2023 | 8:00 a.m. | 1 hour | | | | | | | |
| 10/25/2023 | 11:00 a.m. | 1 hour | | | | | | | |
| 10/30/2023 | 8:00 a.m. | 1 hour | | | | | | | |
| 11/1/2023 | 11:00 a.m. | 1 hour | | | | | | | |
| 11/8/2023 | 9:20 a.m. | 1 hour | | | | | | | |
| 11/15/2023 | 11:15 a.m. | 1 hour | | | | | | | |

Exhi M

# Dates between Oct 2-6

there were constant follow ups from OWI team as to what I was working on a if and when I had medical ~~appoits.~~ appointments. These on going questioned continued despit me providing ~~details~~ prior to my returning to work.

10/6 ~~last to Sunbul~~ Teams meeting with Donna Markey & Lee Geiter to explain what projects I was working On. Also to go over availabitly

Later in the day my medical team re installed my leave of Absences

*Exh: 8*

**From:** Towania L Spencer <tspencer716@gmail.com>
**Sent:** Monday, October 9, 2023 12:15 PM
**To:** April Azizian <aazizian@owi.com>; Jeanette Higham <jhigham@owi.com>; Lee Geller <lgeller@owi.com>; Donna Markey <DMarkey@owi.com>
**Subject:** LOA Re-instated

**EXTERNAL EMAIL:** Use caution with links and attachments

Good Afternoon,

September 25th, I returned to work while remaining under doctor(s). After further evaluations from my medical team, it has been decided that is my LOA should be re-instated to allow time for complete recovery.

I have informed Guardian of my Doctor(s) decision. Documentation is being shared with Guardian as well.

Kind Regards,

Towania L. Spencer
Tspencer716@gmail.com


On Tue, Oct 10, 2023, 1:38 PM Jeanette Higham <jhigham@owi.com> wrote:

Hi Towania.  Can you send me a copy of the documentation that you are sending to Guardian?  Since you are on a Reasonable Accommodation, I will need to review it to determine if the Reasonable accommodation can be accommodated on our end.

Thank you

**From:** Towania L Spencer <tspencer716@gmail.com>
**Sent:** Wednesday, October 11, 2023 6:10 AM
**To:** Jeanette Higham <jhigham@owi.com>
**Cc:** April Azizian <aazizian@owi.com>
**Subject:** Re: LOA Re-instated

**EXTERNAL EMAIL:** Use caution with links and attachments

Hi Jeanette.
Confidential Documentation shared with Guardian isn't requesting Reasonable Accommodation. My Healthcare provider is requesting a LOA. My condition is recurrent. I can advise that there has been recent modification to my medication. Thank you.

*Exh: 9*

On Wed, Nov 1, 2023, 1:57 PM April Azizian <aazizian@owi.com> wrote:
Hi Towania,

I wanted to reach out to see if you had any updates since the last time we heard from you on October 11th.

As of today, November 1st OWI and Guardian have not received any updated detail or timeline as it relates to your request for LOA. If we do not receive any updates from you by Friday, 11/3 with a RTW we will need to explore additional options moving forward.

Thank you,


April Azizian
*Associate HR Manager*
**Old World Industries**
3100 Sanders Rd, Suite 400
Northbrook, IL 60062, USA
Email: *aazizian@owi.com*
Office: 847-559-2203


**From:** Towania L Spencer <tspencer716@gmail.com>
**Sent:** Wednesday, November 1, 2023 3:48 PM
**To:** April Azizian <aazizian@owi.com>
**Subject:** Re: LOA Re-instated

**EXTERNAL EMAIL:** Use caution with links and attachments


Good afternoon Jeanette, thank you for reaching out, it was my intention to communicate with you as I followed up with guardian. I have confirmed on several occasions that they did in fact receive my CONFIDENTIAL documentation from my doctors. On or around October 9th'11th. Also Guardian confirmed that my medical case falls under the Americans with Disabilities Act and they are aware that i'm expected to be off several months. When I questioned my long term disability, Guardian advised me that it is the employers discretion as to whether or not to grant LTD. Will you approve my LTD? Hopefully you will do so. Thank you.

On Wed, Nov 1, 2023, 3:56 PM April Azizian <aazizian@owi.com> wrote:
Hi Towania,

We are not asking for your documentation; we are just asking for a timeline of when you are able to return to work. Last we received was a doctors note on 9/18 stating you could return with no accommodations besides the necessary appointments.

*Exh:10*

**From:** Towania L Spencer <tspencer716@gmail.com>
**Sent:** Wednesday, November 1, 2023 4:15 PM
**To:** April Azizian <aazizian@owi.com>
**Subject:** Re: LOA Re-instated

**EXTERNAL EMAIL:** Use caution with links and attachments

Jeanette although I returned to work September 25th. The doctors decided to pull me out again. They also expect me to be out an extended period of time. I can tell you that it will be 3 months plus.   With this information. I am asking if you will approve my long-term disability, if not what options do I have? Guardian will not move forward without Old World's approval. Thank you

On Fri, Nov 3, 2023 at 9:07 AM April Azizian <aazizian@owi.com> wrote:

Old World does not approve employee disability requests outside of reasonable accommodations. I spoke to Guardian yesterday as I haven't seen any updates and the last paperwork received was in September. Since you returned to work for a period of time the waiting period for disability has started over again and you would not be eligible for long term disability since your doctors RTW letter stated 9/18 and then Old World provided you with an approved reasonable accommodation.

I need for you to contact Guardian ASAP as you will need to initiate another claim. Please contact them at 1-800-268-2525 between 7am – 7pm CST.

Thank you,

**From:** Towania L. Spencer <tspencer716@gmail.com> Exh. 11
**Sent:** Friday, November 3, 2023 11:45 AM
**To:** April Azizian <aazizian@owi.com>; Jeanette Higham <jhigham@owi.com>
**Subject:** Re: LOA Re-instated

**EXTERNAL EMAIL:** Use caution with links and attachments

Good Afternoon,

I will follow up with Guardian as instructed.
Not only do I have an 8 page fax confirmation dated October 10th. I had two
conversations (Oct 9th and 12th) surrounding LOA and the doctors request for
additional medical care/treatment.. The Guardian representative advised that my
July claim could be reinstated since I worked less than 40 hours over a two week span.
The Reasonable Accommodation was to allow a flexible schedule to allow for various
on-going medical appointments. However, my doctors decided otherwise.

< **Call history** 🗑

**Thursday, October 12**

📞 **10:31 AM**
Outgoing call, 21 mins 49 sec

📞 **10:27 AM**
Outgoing call, 2 mins 0 sec

**Monday, October 9**

📞 **11:51 AM**
Outgoing call, 10 mins 4 sec

Thanks and I will keep you posted.

Towania L. Spencerspencer716@gmail.com
Phone: 708-268-9100

On Fri, Nov 3, 2023 at 12:02 PM April Azizian <aazizian@owi.com> wrote: *Exh: 12*

I understand but I'm being told there is nothing new being submitted and no new details with a timeframe. We need you to get this sorted out as soon as possible even if that means opening up a new claim as previously mentioned.

Also, OWI has continued to cover your weekly portion of your insurance, so I'll need to send you those rates for reimbursement since you are currently on an unpaid leave of absence.

**From:** Towania L Spencer <tspencer716@gmail.com>
**Sent:** Friday, November 3, 2023 1:11 PM
**To:** April Azizian <aazizian@owi.com>
**Subject:** Re: LOA Re-instated

**EXTERNAL EMAIL:** Use caution with links and attachments

Blanca of Guardian has advised me that Old World continue sharing incorrect RTW date of September 18th and because of the incorrect date cited is outside the 14 days timeframe and I would be required to file a new claim. Can you kindly report my correct RTW date of September 25th instead of September 18th.

I returned to work September 25th while still under doctors care. My doctor dedeiced to re-instate my LOA with 14th days of me returning.
Again, I am asked that you share the correct RTW dates with Guardian so that they may re-instate claim R60141611.

Kind Regards,

Towania L. Spencer

*Exh:13*

On Fri, Nov 3, 2023, 1:15 PM April Azizian <aazizian@owi.com>
wrote:
Towania – Old World did NOT provide a RTW date of September 18th that was your
doctors office. We have not provided ANY additional documentation to them.
On Fri, Nov 3, 2023, 4:02 PM Towania L Spencer <tspencer716@gmail.com>
Ok, thank you.


**From:** Towania L Spencer <tspencer716@gmail.com>
**Sent:** Tuesday, November 7, 2023 10:42 AM
**To:** April Azizian <aazizian@owi.com>
**Cc:** Jeanette Higham <jhigham@owi.com>
**Subject:** Re: LOA Re-instated

**EXTERNAL EMAIL:** Use caution with links and attachments


Hello April & Jeanette,

During yesterday's 35 min. 26 sec. call with Guardian, Marisol (Claim Specialist)
confirmed that on Thursday, November 2nd that April Azizian shared with her a return to
work date of September 18th NOT September 25th. As mentioned I have shared with
Guardian several times detailed documents from my Medical Provider which states
RTW Sept 25th, yet I am being told that they are strictly focused on the RTW provided
by Old World Industries.

I am asking that you share the correct RTW date. I returned to work September 25th
while still under doctors care. During the two week return I worked a Part Time schedule
due to Mental / Physical Health issues and Dr. appointments. I believe this information
was shared prior to my RTW.

This on-going situation is causing me an enormous amount of stress/anxiety.

Towania

**From:** April Azizian <aazizian@owi.com>
**Sent:** Tuesday, November 7, 2023 11:50 AM
**To:** Towania L Spencer <tspencer716@gmail.com>
**Cc:** Jeanette Higham <jhigham@owi.com>
**Subject:** RE: LOA Re-instated

The only documentation received was for a RTW on 9/18/2023.
April Azizian
*Associate HR Manager*

*Exh: 14*

On Tue, Nov 7, 2023, 12:50 PM Jeanette Higham
<jhigham@owi.com> wrote:
Hi Towania. I realize you didn't return into the
actual office until 9/25, but were you working at
home starting on 9/18? The information we
received was that you were able to return to work
as of 9/18.


Jeanette Higham
*Chief People Officer*
**Old World Industries**
3100 Sanders Rd, Suite 400
Northbrook, IL 60062, USA
Email: *jhigham@owi.com*
Office: 847-559-2195
Cell:   (847) 322-6730

**From:** Towania L Spencer
<tspencer716@gmail.com>
**Sent:** Tuesday, November 7, 2023 2:56 PM
**To:** Jeanette Higham <jhigham@owi.com>
**Subject:** Re: LOA Re-instated

**EXTERNAL EMAIL:** Use caution with links and
attachments


Jeanette. That in incorrect! Timesheets and our
Sept 21st or 22nd communication reflect return
date of SEPTEMBER 25TH. I don't understand
why I must endure this. Had I worked from home
at any point during the week of the 18th, I  would
have received some form of compensation and my
bank account definitely don't reflect such. Also I
left you a voicemail last week I'm attempts to
discuss this issue.

On Tue, Nov 7, 2023 at 4:12 PM Jeanette Higham
<jhigham@owi.com> wrote:
Hi Towania. Let me work with April on this.

*Exh: 15*

**From:** Towania L Spencer <tspencer716@gmail.com>
**Sent:** Thursday, November 9, 2023 11:09 AM
**To:** Jeanette Higham <jhigham@owi.com>; April Azizian <aazizian@owi.com>
**Cc:** Towania L Spencer <Tspencer716@gmail.com>
**Subject:** Re: LOA Re-instated

**EXTERNAL EMAIL:** Use caution with links and attachments

Good day Jeanette & April,

I am following up again, to see <u>when</u> you will share the correct RTW date with Marisol (Guardian)?  Although, I RTW September 25th, I remained under several Doctor's (Behavioral Health, & Physical Therapy and Chiropractic) care twice a week resulting in me working Part Time hours for the weeks of September 25th and October 2nd.

It is to my understanding delayed LTD payments are the results of Old-World Industries sharing incorrect information.


Kind Regards,

Towania L. Spencer
Tspencer716@gmail.com
Phone: 708-268-9100


On Thu, Nov 9, 2023 at 11:17 AM April Azizian <aazizian@owi.com> wrote:
Towania,

I've provided you with the instructions of what is needed. See the attached email and complete next steps to open a new STD claim. Again, we have not submitted anything to them, and I don't even have any doctors notes to provide to them with a RTW date of 9/25.

**From:** Towania L Spencer <tspencer716@gmail.com>
**Sent:** Thursday, November 9, 2023 12:08 PM
**To:** April Azizian <aazizian@owi.com>
**Cc:** Jeanette Higham <jhigham@owi.com>; Towania L Spencer
<Tspencer716@gmail.com>
**Subject:** Re: LOA Re-instated

*Exh:16*

EXTERNAL EMAIL: Use caution with links and attachments

April,
I do not understand the request for the need to complete a New Claim when the Existing Claim
should be reinstated based on September 25th RTW Vs. October 9th Reinstatement of LOA.

I never said you provided Guardian with a Doctor's note. However, I do know that you have the
note from Dr. Lashonda Scott which lists the accurate date; I also know my Timesheet reflects
the correct date as well.
It has been reported by Marisol that you shared on November 2nd the RTW date of September
18th. I do not doubt Marisol's comments.

Not sure if the communication was shared verbally or via email but I do know that it would not
be difficult to correct Old World Industries chose to do so!

**Thanks for your help!**

Towania L. Spencer
Tspencer716@gmail.com
Phone: 708-268-9100

*Exh:17*

Nov 9, 2023, 1:47 PM

**Jeanette
Higham <jhigham@owi.com>**
to me, April

Towania:

We are asking for your patience. April is trying to get a hold of Marisol at Guardian in order to talk through your case and Marisol has not returned April's multiple phone call attempts. We cannot verify what you are stating or what you have provided Guardian unless Guardian verifies it.

**Towania L Spencer <tspencer716@gmail.com>**

Sun, Nov 19, 2023, 3:09 PM

to April, Jeanette, me, bcc: me

Hello. As of today's date, I have not received any form of communication in regards to my continued ADA LOA nor have I received any update or corresponding regarding 2024 open enrollment. Today I attempted to enroll online and I received the attached communication informing me that old World Blocked me from 2024 enrollment. I need to understand why am I not allowed to sign up for 2024 benefits? I am still an employee on medical leave. Since today (November 19th) is the deadline....will you be in contact with the provider advising them to allow an extension for enrollment since rhe blocking is no fault of mine?

Exhi 17

Part 2

2:41

netsecure.adp.com

# Select Your Organization

You have accounts with multiple organizations.

Old World Industries

⚠ **Unable to continue**

Your account is locked. Contact your organization's administrator for assistance. Transaction ID: 7BK-F40-3EMNJ3

OK

Copyright © 2000-2023 ADP, Inc. All rights reserved.

**April Azizian <aazizian@owi.com>**

Wed, Nov 22, 2023, 11:24 AM

to me, Jeanette

Good morning,

*Exh: 18*

There are no updates on your status as you are still out on an unapproved leave of absence.

It appears that your ADP password needs to be reset due to no activity for 30+ days. If you need to make 2024 benefit changes for OE, please let me know what you need changed as open enrollment is now closed and there is no way for us to open the system back up. Next week, I will also forward you the current benefit costs for 2023 that are owed to Old World since you're currently in an unpaid status and your benefits continue to be covered without repayment (meaning no PTO and no approved STD or LTD).

**Towania L Spencer <tspencer716@gmail.com>**

Sun, Nov 26, 2023, 2:43 PM

to April, me, Jeanette

Good afternoon,

I would like to enroll in 2024 benefits and I am asking that your mirror 2023 benefits, which include:

Gold Plan Medical /RX
Wellness
Dental
Vision
FSA / HSA
Life Insurance
Disability
EAP
Long Term Care / Disability

12/1/24, 4:33 PM
Case: 1:25-cv-09437 Document #: 1 Filed: 08/08/25 Page 36 of 60 PageID #:36
Claim# 000137286 Spencer - tspencer716@gmail.com - Gmail

*Communication with LTD (Guardian)*

## Claim# 000137286 Spencer    Inbox ×

**Yvette Ortiz**    *Exh: 19*    Tue, Nov 21, 2023, 2:19 PM
Hello, As discussed you can forward documentation to this email. Yvette Ortiz Case Manager II, Group Claims – L

**Towania L Spencer**    Thu, Nov 30, 2023, 12:33 PM
Good afternoon Yvette, Earlier this week I forwarded you the requested documents regarding my LTD claim. Can

**Yvette Ortiz**    Thu, Nov 30, 2023, 1:06 PM
I did receive the information you sent. I will need a signed and dated authorization from you so I can complete a pr

**Towania L Spencer** <tspencer716@gmail.com>    Thu, Nov 30, 2023, 1:19 PM
to Yvette

Hi Yvette, Please forward me the Authorization Request form as discussed last week. I'm sign and return to you immediately. As for my employer Old World Industries...they have and continues to be untruthful. Not only did I rea out to the team at Old World Industries last week...I reached out again earlier this week as well. My most recent en from OWI is them blaming Marisol for being non responsive... and they are telling me to be patient. Yet they're constantly providing false information such as 1) dates Sept 18th vs. sept 25th. 2) Worked P/T vs Full Time 3) Clai I wasn't enrolled in LTD yet my documents reflect otherwise. please forward form. Thank you

**Yvette Ortiz**    Thu, Nov 30, 2023, 1:30 PM
The form is attached, it does need to be physically signed.

*Communication began with Guardian on Oct 9, 2023 The Communication was on going with Marisol for 30+ day Nov 2023 my case was transferred to Yvette Ortiz.*

 **Gmail**

Towania L Spencer <tspencer716@gmail.com>

## T.Spencer - OWI Benefits and Employment
2 messages

**April Azizian** <aazizian@owi.com>                                Wed, Dec 20, 2023 at 8:47 AM
To: Towania L Spencer <tspencer716@gmail.com>
Cc: Jeanette Higham <jhigham@owi.com>

Good morning Towania,

As of today, December 20, 2023, Old World has not received a doctor's note from you excusing or approving your leave
of absence per your request in October 2023. You are still out unapproved for FMLA, STD, and LTD through Guardian. It's
very important that you provide Guardian with all details for your LOA request in a timely manner.  With that being said,
Old World has graciously covered your 2023 benefit costs since the week of October 9th totaling - **$426.48.** Please remit
payment for your 2023 benefit costs from October 9 – December 31, 2023, to Old World Industries, LLC via check no later
than January 5, 2024.

As far as your employment is concerned, as of December 29, 2023, we will be terminating your employment.  Your
benefits will end as of December 31, 2023. Attached is your termination letter outlining all the details and contact
information should you need. I will also have 2 boxes sent to your home, one with a return label so you can send back
your OWI equipment and badge, and one with any personal items you still have at the office.

I'm also providing you with some helpful links to look into as it relates to government/state services:

- SSDI:  https://www.ssa.gov/benefits/disability/ and https://www.dhs.state.il.us/page.aspx?item=29979
- Illinois Department of Human Services, Rehabilitation Services–DHS's Division of Rehabilitation Services is the
  state's lead agency serving individuals with disabilities. DRS works in partnership with people with disabilities and
  their families to assist them in making informed choices to achieve full community participation through
  employment, education, and independent living opportunities:  https://www.dhs.state.il.us/page.aspx?item=29736

Thank you,

April Azizian
*Associate HR Manager*
## Old World Industries
3100 Sanders Rd, Suite 400
Northbrook, IL 60062. USA
Email: *aazizian@owi.com*
Office: 847-559-2203

   

This email and any files transmitted with it are confidential and intended solely for the use of the individual or
entity to whom they are addressed. If you have received this email in error, please notify the system manager

 **Separation letter - T. Spencer.pdf**
182K

---

**April Azizian** <aazizian@owi.com>                                Wed, Dec 20, 2023 at 9:28 AM
To: Towania L Spencer <tspencer716@gmail.com>
Cc: Jeanette Higham <jhigham@owi.com>

Hi Towania,

My apologies, as far as your employment is concerned, as of January 5, 2024, we will be terminating your employment.
Your team requested that this date be pushed out with the holidays coming up and also offered to cover the cost of your
January benefits.

Thank you,

April Azizian
*Associate HR Manager*
## Old World Industries
3100 Sanders Rd, Suite 400
Northbrook, IL 60062. USA
Email: *aazizian@owi.com*
Office: 847-559-2203

   

This email and any files transmitted with it are confidential and intended solely for the use of the individual or
entity to whom they are addressed. If you have received this email in error, please notify the system manager
[Quoted text hidden]

---

 **Separation letter - T. Spencerv2.pdf**
183K



**OLD WORLD INDUSTRIES, LLC**
3100 SANDERS ROAD, SUITE 500
NORTHBROOK, ILLINOIS 60062
847-559-2203

Confidential

December 20, 2023

Towania Spencer
1783 Whirlaway CT
Glendale Heights, IL 60139
(708) 268-9100
tspencer716@gmail.com



Dear Towania,

Your employment with Old World Industries, LLC ("Old World") will end on **Friday, December 29, 2023.** Regarding your final payment, benefits, and other matters, please be aware of the following:

**Final Payroll Payment:** You have no final pay owed due to no hours worked. You have 0 days of accrued but unused PTO time that will be paid out as part of your final payroll payment on **December 29, 2023.**

**Medical, Dental and Vision Benefits:** You have the right to continue medical, dental and vision coverage under the Consolidated Omnibus Budget Reconciliation Act ("COBRA"). You currently have elected Gold PPO Employee Only coverage as your medical, dental and vision benefits. These benefits will cease on **December 31, 2023**.

To the extent provided by COBRA and Old World's current group health insurance, you will be eligible to continue your group health insurance benefits at your own expense. You will be provided with a separate notice describing your health insurance continuation rights and obligations. Any questions regarding your health benefits and transition to COBRA can be addressed to COBRA PayFlex Services at (844) 729-3539.

**Health Reimbursement Account:** Since you are enrolled in a Health Reimbursement Account (HRA), your participation in the employer funded account through PayFlex will cease and no further contributions will be contributed upon termination. However, you will still be able to submit claims for expenses that have already occurred up to your termination date. If you have questions regarding your Health Reimbursement Account, please contact PayFlex at (844) 729-3539.

**Flexible Spending Benefit:** You enrolled in the Health Flexible Spending Account (FSA), your participation in the accounts through PayFlex will cease and no further contributions will be contributed on your behalf upon termination. However, you will still be able to submit claims for expenses that have already occurred up to your termination date. You may elect to continue your participation in the plan for the remainder of the plan year through COBRA. You may do this if you have elected to contribute more money than you have taken out in claims. If you have questions regarding your Flexible Spending Accounts, please contact PayFlex at (844) 729-3539.

**Basic Term Life Insurance:** Old World Industries provides $100,000 of Basic Term Life and AD&D insurance coverage through Guardian. All your coverage will cease on **December 29, 2023**. Upon termination, you may convert all or part of your basic term life insurance coverage to an individual life insurance contract without having to provide evidence of good health. Should you have questions regarding this please contact Guardian at (888) 600-1600.

**401(k) Plan:** Since you enrolled in Old World's 401(k) plan, please contact Transamerica to discuss your account at (800) 797-2643 or https://www.transamerica.com/.

**ADP:** After your last day with the company, you will have continued access to ADP workforce now to view previous pay statements and tax documents. Login to the portal at www.workforcenow.adp.com using your user ID and password. If you need assistance resetting your password, please contact ADP MyLife Advisors at (855) 547-8508.

**Return of Company Property:** According to Old World Industries, LLC policy, you are required to return all company property (i.e., Computers and related equipment, cell phone, badge etc. upon termination.) These items should be returned to Human Resources on your last day of employment.

Should you have any questions, please contact me at aazizian@owi.com.

Sincerely,

*April Azizian*

Associate HR Manager



**OLD WORLD INDUSTRIES, LLC**
3100 SANDERS ROAD, SUITE 500
NORTHBROOK, ILLINOIS 60062
847-559-2203

Confidential

December 20, 2023

Towania Spencer
1783 Whirlaway CT
Glendale Heights, IL 60139
(708) 268-9100
tspencer716@gmail.com

Dear Towania,

Your employment with Old World Industries, LLC ("Old World") will end on **Friday, January 5, 2024.** Regarding your final payment, benefits, and other matters, please be aware of the following:

**Final Payroll Payment:** You have no final pay owed due to no hours worked. You have 0 days of accrued but unused PTO time that will be paid out as part of your final payroll payment on **December 29, 2023.**

**Medical, Dental and Vision Benefits:** You have the right to continue medical, dental and vision coverage under the Consolidated Omnibus Budget Reconciliation Act ("COBRA"). You currently have elected Gold PPO Employee Only coverage as your medical, dental and vision benefits. These benefits will cease on **January 31, 2024**.

To the extent provided by COBRA and Old World's current group health insurance, you will be eligible to continue your group health insurance benefits at your own expense. You will be provided with a separate notice describing your health insurance continuation rights and obligations. Any questions regarding your health benefits and transition to COBRA can be addressed to COBRA PayFlex Services at (844) 729-3539.

**Health Reimbursement Account:** Since you are enrolled in a Health Reimbursement Account (HRA), your participation in the employer funded account through PayFlex will cease and no further contributions will be contributed upon termination. However, you will still be able to submit claims for expenses that have already occurred up to your termination date. If you have questions regarding your Health Reimbursement Account, please contact PayFlex at (844) 729-3539.

**Flexible Spending Benefit:** You enrolled in the Health Flexible Spending Account (FSA), your participation in the accounts through PayFlex will cease and no further contributions will be contributed on your behalf upon termination. However, you will still be able to submit claims for expenses that have already occurred up to your termination date. You may elect to continue your participation in the plan for the remainder of the plan year through COBRA. You may do this if you have elected to contribute more money than you have taken out in claims. If you have questions regarding your Flexible Spending Accounts, please contact PayFlex at (844) 729-3539.

**Basic Term Life Insurance:** Old World Industries provides $100,000 of Basic Term Life and AD&D insurance coverage through Guardian. All your coverage will cease on **January 5, 2024**. Upon termination, you may convert all or part of your basic term life insurance coverage to an individual life insurance contract without having to provide evidence of good health. Should you have questions regarding this please contact Guardian at (888) 600-1600.

**401(k) Plan:** Since you enrolled in Old World's 401(k) plan, please contact Transamerica to discuss your account at (800) 797-2643 or https://www.transamerica.com/.

**ADP:** After your last day with the company, you will have continued access to ADP workforce now to view previous pay statements and tax documents. Login to the portal at www.workforcenow.adp.com using your user ID and password. If you need assistance resetting your password, please contact ADP MyLife Advisors at (855) 547-8508.

**Return of Company Property:** According to Old World Industries, LLC policy, you are required to return all company property (i.e., Computers and related equipment, cell phone, badge etc. upon termination.) These items should be returned to Human Resources on your last day of employment.

Should you have any questions, please contact me at aazizian@owi.com.

Sincerely,

*April Azizian*

Associate HR Manager

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/13/2025

**To:** Ms. Towania L. Spencer
1783 Whirlaway CT
GLENDALE HEIGHTS, IL 60139
Charge No: 440-2024-05685

EEOC Representative and email:    GRZEGORZ MUCHA
Investigator
grzegorz.mucha@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 440-2024-05685.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
05/13/2025
Amrith Kaur Aakre
District Director

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 440-2024-05685 to the

District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 440-2024-05685 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

## NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- **Only one** major life activity need be substantially limited.

- Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

Enclosure with EEOC Notice of Closure and Rights (01/22)

- An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.

- An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

## "Regarded as" coverage

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

- The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

- A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability. For more information, consult the amended regulations and appendix, as well as explanatory publications, available at* http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**Cc:**
Jeanette Higham
Old World Industries
3100 Sanders Rd
Northbrook, IL 60062

Brian Dougherty
Gordon Rees Scully Mansukhani, LLP
1 N WACKER DR STE 1600
Chicago, IL 60606


Please retain this notice for your records.

# My Charge

**EEOC Number:** 440-2024-05685

**Status: Charge Closed**

The charge of discrimination filed on **04/03/2024** with the U.S. Equal Employment Opportunity Commission (EEOC) by **Towania L Spencer** against **OLD WORLD INDUSTRIES LLC** is available for you to view online

**View My Representative's Information**          **View My Information**

# My Documents

You can upload, view, and download documents related to your charge here (including the respondent's position statement, if you requested a copy). If the EEOC closes your charge, the documents will be available for 90 days.

**You should save all physical and electronic information and material related to your charge, even if you do not upload it here.**

### Upload

| Name | Type | Added On | Added By |
|------|------|----------|----------|
| RE Spencer 440-2024-05685.msg | Correspondence with Charging Party | 06/27/2025 | GRZEGORZ MUCHA |
| Closure Notice-NRTS - 2025-05-13T082334.180.pdf | Closure Notice/NRTS | 05/13/2025 | JANEL SMITH |
| Emails from CP.zip | Correspondence with Charging Party | 04/22/2025 | GRZEGORZ MUCHA |
| Emails to CP.zip | Correspondence with Charging Party | 04/22/2025 | GRZEGORZ MUCHA |
| Jeanette H. requesting private call(1) | Other Charging Party Document | 01/22/2025 | Charging Party |
| Jeanette H. requesting private call | Other Charging Party Document | 01/22/2025 | Charging Party |
| image | Other Charging Party Document | 12/17/2024 | Charging Party |
| Case 440-2024-05685 1224 | Rebuttal to Position Statement | 12/12/2024 | Charging Party |
| Spencer EEOC | Position Statement | 09/05/2024 | Respondent user |
| 2024-04-03 Form 5A.COD.440-2024-05685.Spencer | Charge of Discrimination | 04/05/2024 | REBECCA DAVIES |
| 2024-04-03 Evidence from CP.440-2024-05685.Spencer.pdf | Evidence Provided by Charging Party | 04/05/2024 | REBECCA DAVIES |
| 2024-04-03 Pre-Charge Inquiry.440-2024-05685.Spencer.pdf | EEOC Pre-charge Inquiry (Form 290A) | 04/05/2024 | REBECCA DAVIES |
| Spencer 440-2024- | Correspondence with | 03/27/2024 | CELESTE COHILL |

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/13/2025

**To:** Ms. Towania L. Spencer
1783 Whirlaway CT
GLENDALE HEIGHTS, IL 60139
Charge No: 440-2024-05685

EEOC Representative and email:     GRZEGORZ MUCHA
Investigator
grzegorz.mucha@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 440-2024-05685.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
05/13/2025
Amrith Kaur Aakre
District Director

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 440-2024-05685 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

**To make a Section 83 request for your charge file,** submit a signed written request stating it is a "Section 83 Request" for Charge Number 440-2024-05685 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

### NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions,** such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- **Only one** major life activity need be substantially limited.

- Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

Enclosure with EEOC Notice of Closure and Rights (01/22)

- An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**

- An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

### "Regarded as" coverage

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

- The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

- A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

***Note:*** *Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability. For more information, consult the amended regulations and appendix, as well as explanatory publications, available at* http://www.eeoc.gov/laws/types/disability_regulations.cfm.

Towania L. Spencer

Glendale Heighs, IL 60139

Dear Investigator,

Re: Old World Industries

Case: 440-2024-05685

In response to Old World Industries, LLC's denial of wrongful termination and harassment, I am providing the following details regarding my situation.

Earlier in 2023, I was out on medical leave for both mental and physical conditions. Detailed information was shared with Guardian Insurance and Human Resources, specifically with Jeanett Higham (CPO) and April Azaain (Associate Human Resources Manager).

On September 25, 2023, my physician(s) allowed me to return to work with reduced hours and frequent breaks. Upon advising Human Resources and my direct reports of my doctor's orders, I was permitted to return to work. However, harassment and intimidation began immediately and continued daily from September 25, 2023, to October 6, 2023. (See attached documentation.) This further exacerbated my conditions, leading my psychiatrist to re-instate my LOA in October 2023.

I promptly informed the following parties and continued to share updates as requested:

- Donna Markey - Controller

- Lee Geller – Regional Credit Manager

- April Azaain – Associate Human Resources Manager

- Jeanett Higham – Chief People's Officer

However, I refused to share my medical notes with April Azaain, advising her that my confidential records were already shared with Guardian Insurance, the STD/LTD provider. Despite my continuous follow-ups with Guardian regarding the status of my STD/LTD, I was informed that Old World Industries was providing conflicting reports about my working status (see attached).

As requested, I provided Guardian with an ADP screenshot of hours worked and notes from my psychiatrist. Guardian then began reviewing my case for STD/LTD.

While on ADA leave, I received the attached termination letter from April Azaain.

Thank you for your attention to this matter.


Sincerely,

Towania L. Spencer

EEOC RECEIVED: 04-03-2024

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**



PRE-CHARGE INQUIRY

For Official Use Only – Inquiry Number:
**440-2024-05685**

*440-2024-05685*

Thank you for contacting the U.S. Equal Employment Opportunity Commission ("EEOC"). The information you give us on this Pre-Charge Inquiry (Form 290A) will help us assist you and determine if your concerns are covered by the employment discrimination laws we enforce. Answer all questions completely and briefly. Please write clearly.

After completing this Pre-Charge Inquiry, return it immediately to the EEOC office identified in the cover letter to this Pre-Charge Inquiry, or to the receptionist if you are completing this Pre-Charge Inquiry in an EEOC office.

**Please note: This Pre-Charge Inquiry is not a Charge of Discrimination.**

The Pre-Charge Inquiry is **not** intended for use by applicants for federal jobs or employees of the US government. See http://www.eeoc.gov/federal/fed_employees/complaint_overview.cfm for discrimination complaints in federal jobs.

| | |
|---|---|
| **Personal Information** | First Name: __Towania__    MI: _L_   Last Name: __Spencer__<br><br>Address: __1783 Whirlaway CT__    Apt.: _____<br><br>City: __Glendale Heights__    County: __USA__   State: _IL_   Zip Code: 60139<br><br>Email: __Tspencer716@gmail.com__    Home Phone: (___)_____   Cell: (708)268-9100<br><br>What is the best way to reach you? __Via Phone call__<br><br>What are the best days and times to reach you? __7am - 7pm Monday - Friday__<br><br>Date of Birth: __07_/_16_/_1968__    Sex: ☐ Male ☒ Female ☐ X (unspecified or another gender identity)<br><br>Do you need language assistance? ☐ Yes ☒ No<br><br>If so, what do you need? ___NA___<br><br><br>General information about you that will help us to serve all individuals better:<br><br>i. Are you Hispanic or Latino? ☐ Yes ☒ No<br><br>ii. What is your race? Choose all that apply: ☐ American Indian or Alaskan Native   ☐ Asian<br><br>☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☐ White<br><br>iii. What is your National Origin or ancestry? __USA / American__ |
| **Who can we contact if we are unable to reach you?** | Name: __Latrice Booker__    Relationship: __Family__<br><br>Address: __1500 Robin Circle__    City:Hoffman Estates State: _IL_ Zip Code: __60169__<br><br>Email: __latriceevans@outlook.com__    Home Phone: ( 847-275-1122   Cell: (____)_____ |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

440-2024-05685

| | |
|---|---|
| **Who do you think discriminated against you?** | ☒Employer ☐ Union ☐ Employment Agency ☐ Other<br>Name of organization where you work(ed) or applied to: _____<br>__Old World Industries LLC___<br>Address: ___3100 Sanders Rd_____ Suite: __400__<br>City: _Northbrook_____ County: ___USA___ State: _IL_ Zip Code: _60062__<br>Organization Headquarters, if different from above:<br>Name: _NA_____<br>Address: _____NA_____ Suite: _____<br>City: ___NA_____ County: _____ State: ___ Zip Code: _____<br>Name of Human Resources Director or Owner: __Tom Hurvis Owner Greg Noethlich CEO_ <br>Jeanette Higham VP of Human Resources<br>Email: _Jeanette.higham@owi.com, Greg.noethlich@owi.com,__ Phone: (_847-559-2195_<br>How many employees (estimated) does the organization have at all locations? Check one: 847-559-2000<br>☐ Less than 15 ☐ 15-100 ☐ 101-200 ☐ 201-500 ☒ More than 500 |
| **Why do you think you were discriminated against?** | You believe you were discriminated against because of:<br><br>☒ **Race** – Your race: __African American / Black_____<br>☐ **Color** – Your color: _____<br>☐ **Religion** – Your religion: _____<br>☐ **Sex** (including pregnancy, gender identity, or sexual orientation)<br>☐ **National origin** – Your national origin: _____<br>☒ **Age** (40 or older) – Your age at the time of the job action: __55_____<br>☒ **Disability** – Check all that apply:<br>    ☒ You have a disability<br>    ☐ You had a disability in the past<br>    ☐ You don't have a disability but you are treated as if you have a disability<br>    ☐ You are closely related to or associated with a person with a disability<br>    What is the disability? Major Depression, Anxiety, PTSD, Osteoarthritis lower back & both Hips and Fibromyalgia _And Diabetes_<br>Is your employer aware of the disability? ☒ Yes ☐ No If yes, how?<br>_Prior to my Sept 25th return to work, I shared notes with my employer advising my conditions and the need for a modified / reduced work schedule for on-going care._<br>☐ **Genetic information** (including your genetic information, your family medical history, or your participation in genetic services like counseling, education, or testing)<br>☐ **Retaliation** – Check all that apply:<br>    ☐ You filed a charge of job discrimination<br>    ☐ You contacted a government agency to complain about job discrimination<br>    ☐ You complained to your employer about job discrimination<br>    ☐ You helped or were a witness in someone else's complaint about job discrimination<br>    ☒ You requested an accommodation for your disability or religion<br>☒ **None of the above** – The reason for this inquiry: __My doctor requested additional time off.__ |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

440-2024-05685

| | |
|---|---|
| **What happened to you that you think was discriminatory and when did it happen?** | **EXAMPLES:** I was denied an accommodation I needed to perform my job; I was fired because I was pregnant; I was laid off because of my age.<br><br>Date: _09 / 25 / 2023_  Action: While under doctor's care I was scrutinized daily about my availbility to work. I was informed if I could not work 40 hours that I could lose my health insurance.<br><br>Date: _12/ 20 / 2023_  Action: December 20, I received an email advising me of my termination and the ceasing of benefits. I was not given a reason for the termination. I was on under Doctors care.<br><br>Name and Title of Person(s) Responsible: __April Azizian HR Associate, Jeanette Higham HR Mgr and Donna Markey Financial Controller__ |
| **What reason(s) were you given for this job action?** | Reason(s) __I received no notification as to why the company terminated me. Please see attached__<br><br>Who told you this? __April Azizian__ Job Title: __Human Resources Associate__ |

| **Was another person in the same or similar situation treated the same, better, or worse than you?**<br>**EXAMPLES: Who else applied for the same job? Who else had the same attendance record? Who else had the same performance appraisal?** | |
|---|---|
| **Who was treated BETTER than you?** | 1. Name: __NA__  Job Title: __NA__<br>Email/Phone: __NA__  Check how they are different from you:<br>☐ Race  ☐ Color  ☐ Religion  ☐ Sex  ☐ National Origin  ☐ Age  ☐ Disability<br>How were they treated better? __NA__<br>__NA__  Date: ___/___/____<br><br>2. Name: __NA__  Job Title: __NA__<br>Email/Phone: __NA__  Check how they are different from you:<br>☐ Race  ☐ Color  ☐ Religion  ☐ Sex  ☐ National Origin  ☐ Age  ☐ Disability<br>How were they treated better? __NA__<br>__NA__  Date: ___/___/____ |
| **Who was treated WORSE than you?** | Name: __NA__  Job Title: __NA__<br>Email/Phone: __NA__  Check how they are different from you:<br>☐ Race  ☐ Color  ☐ Religion  ☐ Sex  ☐ National Origin  ☐ Age  ☐ Disability<br>How were they treated worse? __NA__<br>__NA__  Date: ___/___/____ |
| **Who was treated the SAME as you?** | Name: __NA__  Job Title: __NA__<br>Email/Phone: __NA__  Check how they are different from you:<br>☐ Race  ☐ Color  ☐ Religion  ☐ Sex  ☐ National Origin  ☐ Age  ☐ Disability<br>How were they treated the same? __NA__<br>__NA__  Date: ___/___/____ |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

440-2024-05685

| | |
|---|---|
| **Are there any witnesses to any of the job actions taken against you? If yes, please provide their contact information and tell us what they will say.** | 1. Name: ___NA_____ Job Title: __NA_____<br><br>Email: ___NA_____ Phone: (____)_____<br><br>What will they tell us? ___NA_____<br><br>_____NA_____<br><br>2. Name: ___N/A_____ Job Title: _____<br><br>Email: ___NA_____ Phone: (____)_____<br><br>What will they tell us? ____NA_____<br><br>____NA_____ |
| **Have you already filed a charge on this matter with the EEOC?** | ☐ Yes ☒ No<br><br>If yes: Date you filed: ____/____/_____ Charge Number: ___NA_____ |
| **Have you filed a complaint on this matter with another agency?** | ☐ Yes ☒ No<br><br>If yes: Agency name: ___NA_____<br><br>Date you filed: ____/____/_____ Complaint Number: ___NA_____ |
| **Do you have someone representing you in this matter?** | ☐ Yes ☒ No<br><br>If yes: ☐ Attorney ☐ Union ☐ Other<br><br>Name: ___NA_____ Date of Contact: ____/____/_____<br><br>Email: ___NA_____ Phone: (____)_____ |
| **Privacy Act Statement** | This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are: 1) EEOC PRE-CHARGE INQUIRY, FORM 290A, ISSUED APRIL 2018. 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. §12117(a). 3) PRINCIPAL PURPOSE. The purpose of this form is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge counseling, if appropriate. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's assessment of your situation. It is not mandatory that this form be used to provide the requested information. EEOC Pre-Charge Inquiry, Form 290A, Issued April 2018. |

Please note: You must file a charge of job discrimination within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located where a state or local government agency enforces job discrimination laws on the same bases as the EEOC's laws. **This Pre-Charge Inquiry is not a charge.** If you would like to file a charge of discrimination immediately, contact the EEOC office on the cover letter. We recommend that you keep a copy of your completed Pre-Charge Inquiry and the Cover Letter for your records.

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

 **Old World Industries**

3100 Sanders Road, Suite 400
Northbrook, Illinois 60062-1851
847-559-2000  Fax 847-559-2021

September 5, 2024

Re: Towania Spencer
Old World Industries, LLC

Charge No. 440-2024-05685

Dear Investigator:

Old World Industries, LLC ("OWI") has had an opportunity to review the allegations of Ms.Towania Spencers's charge of discrimination and Respondent denies all the material allegations. Specifically, Respondent denies it engaged in any unlawful discrimination.

At the time of her termination, Ms. Spencer had been on an unpaid leave due to a disability which prevented her from being able to work. After her paid leave and FMLA was exhausted, OWI agreed to keep Ms. Spencer on a temporary unpaid leave to give her time to apply for long-term disability benefits. Old World repeatedly advised Ms. Spencer about the process of applying for such benefits, while directing her to the Third Party Administrator for Old World's disability policy, The Guardian Life Insurance Company ("Guardian"), who handled her disability claim. After Ms. Spencer had had ample time to submit the necessary information to Guardian, Old World discontinued the unpaid leave. At no time did Old World engage in any discriminatory actions toward Ms. Spencer.

In the meantime, should you have any other questions regarding this matter, please feel free to contact me at jbenkers@owi.com or 847-443-0777.

*Josephine K. Benkers*

Sincerely,

Josephine K. Benkers

1



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

JCK Federal Building
230 S. Dearborn
Suite 1866 (Enforcement, State and Local & Hearings)
Suite 2920 (Legal & ADR)
Chicago, IL 60604
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Chicago Direct Dial: (312) 872-9777
Administration Fax: (312) 588-1255
Enforcement/File Disclosure Fax: (312) 588-1260
Federal Sector Fax: (312) 588-1265
Intake Fax: (312) 588-1286
Legal Fax: (312) 588-1494
Mediation Fax: (312) 588-1498
Website: www.eeoc.gov

# SECTION 83 REQUEST FORM
**(If you are a charging party and/or their representative, also fill out page 2)**

EEOC Charge No.(s): **440-2024-05685**

Charging Party Name: **Towania L. Spencer**

Respondent Name: **Old World Industries**

I hereby request access to the above EEOC investigative file pursuant to Section 83 of the EEOC's Compliance Manual.

Check one:
**X** Charging Party ___ Respondent
___ Charging Party Representative ___ Respondent Representative

Respondent and their representative must present a copy of the court complaint related to the charge. If the Notice of Right to Sue was received *over 90 days ago*, the charging party must then also present a copy of the court complaint.

Requester Name: **Towania L. Spencer** (please print)

Address: **1783 Whirlaway CT**
(include law firm, if applicable) **Glendale Heights, IL 60139**

City/State/Zip Code

Daytime Phone Number **708-288-9100**   **TSpencer216@gmail.com**
& Email Address: (include area code)      Email Address

## CHECK ONE:

**X** I do not wish to review my file before it is copied. I have signed the Copying Agreement and the attached Non-Disclosure Agreement. I agree to pay Aloha Print Group .15 cents per page to copy the documents in this case file. I understand that *after* they pick up the file from EEOC, it may take Aloha Print Group up to 10 additional days to contact me regarding my file copies.

_____ I wish to review my file before it is copied. I understand that I will be contacted shortly to set up an appointment to review my file. Once I have reviewed my file and selected the documents I wish to have copied, I agree to pay Aloha Print Group .15 cents per page in this case file. I understand that *after* they pick up the file from EEOC, it may take Aloha Print Group up to 10 additional days to contact me regarding my file copies.

Requester's Signature: *Towania L. Spencer*   Date of Request: *Sep 8, 25*

# AGREEMENT OF NONDISCLOSURE

**IF YOU ARE THE CHARGING PARTY AND HAVE ASKED
FOR DOCUMENTS FROM YOUR CHARGE FILE BEFORE
YOU HAVE FILED A LAWSUIT BASED ON YOUR CHARGE,
BY ACCEPTING THESE DOCUMENTS YOU AGREE THAT
YOU WILL USE THEM ONLY IN CONNECTION WITH
CONTEMPLATED LITIGATION AND WILL ONLY SHOW
THEM TO PERSONS IN A PRIVILEGED RELATIONSHIP,
SUCH AS A SPOUSE, CLERGY, OR MEDICAL, FINANCIAL OR
LEGAL ADVISOR.**

Tspencer716@gmail.com
Email Address

_Tiuami. Spencer_
Charging Party's Signature (or representative)

Phone Number (with area code): 708-268-9100

Date: Aug 8, 2025

Page 2 of 2

PLEASE NOTE THAT PAGE 2 ONLY PERTAINS TO CHARGING PARTY'S REQUEST,
RESPONDENT DOES NOT NEED TO FILL OUT THIS PAGE.